In the Matter of JACOB BROMBERG, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued December 2, 1953; decided January 15, 1954.

*Jacob Leiman* for appellant.

*Beatrice Shainswit* and *Robert H. Schaffer* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and VAN VOORHIS, JJ. Taking no part: FROESSEL, J.